

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00527-CV

**IN RE COMMITMENT OF** Sammy **YBARRA**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI01455
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment and order of commitment are AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED January 17, 2024.

Liza A. Rodriguez, Justice